IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
FILED
CHARLOTTE, NC
MAY 3 0 2018
US District Court
Western District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:18-cr-27-FDW-DCK |
| ) | |
| v. ) | |
| ) | |
| (1) SIHARA M. CARDENAS-JIMÉNEZ et al ) | |

## ORDER UNSEALING INDICTMENT AND WARRANTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and the Arrest Warrants be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and the Arrest Warrants are hereby unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 30th day of May 2018.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE