# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 5:18-CR-027-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SIHARA MADAHI CARDENAS-JIMENEZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 93) filed May 15, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion to Continue Sentencing Hearing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 93) is **GRANTED**, and Defendant's "Unopposed Motion For Two Month Continuance Of Sentencing Hearing" (Document No. 94) is sealed until further Order of this Court.

Signed: May 21, 2019

David C. Keesler
United States Magistrate Judge